# Exhibit A

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  BACA     QUENTIN     CARLOS
Last            First            Middle

**HOME ADDRESS**  12643   VIA   DIEGO
Address

LAKESIDE     CA     92040
City            State     Zip Code

**JOB TITLE** During Government Shutdown: AIR   TRAFFIC  CONTROL  SPECIALIST

**PLAINTIFF SIGNATURE**  _____

REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)

NAME _BAILEY    LEPHAS    ALEXANDER_
Last                    First                    Middle

HOME ADDRESS _130  Blackford  Drive_
Address

_Stephenson  VA      22656_
City                    State        Zip Code

JOB TITLE During Government Shutdown: _Air  Traffic  Controller_

PLAINTIFF SIGNATURE _Lephas A Bailey_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**   Ballester, Christopher, Francis
Last          First          Middle

**HOME ADDRESS**   6955 Bettyhill Dr
Address

San Diego, CA, 92117
City          State          Zip Code

**JOB TITLE** During Government Shutdown:   Air Traffic Controller

**PLAINTIFF SIGNATURE**   Chris Ballester

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

NAME       Beine                Kevin            J
                         Last                    First            Middle

HOME ADDRESS    1610 SADDLE GLEN CV
                        Address

                      CORDOVA       TN       38016
                      City                State      Zip Code

JOB TITLE During Government Shutdown:   ATCS

PLAINTIFF SIGNATURE   *Kevin Beine*

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**     BELL     DAVID        MICHAEL

            Last            First            Middle

**HOME ADDRESS**    324   50th St. SE

            Address

            AUBURN        WA        98092

            City            State            Zip Code

**JOB TITLE** During Government Shutdown:   AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE**   D. Michael Bell

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**

| Blam | Richard | J |
|------|---------|---|
| Last | First | Middle |

**HOME ADDRESS**  1501 N. Dixie Blvd. #41
Address

| Radcliff | Ky | 40160 |
|----------|-----|-------|
| City | State | Zip Code |

**JOB TITLE** During Government Shutdown:  Air Traffic Control Specialist

**PLAINTIFF SIGNATURE**  Richard J. Blam

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

NAME      Crawford           Maximilian         J
              Last                           First                 Middle

HOME ADDRESS      1905 Knoll Tree DR
                      Address
                      Knoxville           TN       37932
                      City                         State       Zip Code

JOB TITLE During Government Shutdown:   Air Traffic Control Specialist   TYS ATCT/Tracon

PLAINTIFF SIGNATURE       _[signature]_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  CRUMRINE   MATTHEW   GREGORY

<u>Last</u>         <u>First</u>         <u>Middle</u>

**HOME ADDRESS**   140 NORTH RD

Address

NUTLEY    NJ    07110

City         State         Zip Code

**JOB TITLE** During Government Shutdown:  AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**   Dawey      Jon      F
         Last        First      Middle

**HOME ADDRESS**   600 7 N Bent Oak
                 Address

Proria        IL      61615
City          State   Zip Code

**JOB TITLE** During Government Shutdown:   Air Traffic Controller

**PLAINTIFF SIGNATURE**  _____

---------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  Diamond    Jeffrey    Aaron
           Last        First        Middle

**HOME ADDRESS**  1195  Reserve  Drive
                Address

                Saint Charles    IL    60175
                City        State     Zip Code

**JOB TITLE** During Government Shutdown:  Air Traffic Control Specialist

**PLAINTIFF SIGNATURE**  _(signature)_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**         Dobso                    Michael                    R
                 Last                     First                      Middle

**HOME ADDRESS**    338 Aster Ridge Trail
                    Address
                    Peachtree City        GA        30269
                    City                  State     Zip Code


**JOB TITLE** During Government Shutdown:    Air Traffic Control Specialist

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**          DROZ          Jean          Carlo
                  Last          First          Middle

**HOME ADDRESS**     4836  Adrian  Campos  St.
                     Address

                     El PASO          TX      79938
                     City             State   Zip Code

**JOB TITLE** During Government Shutdown:   Air Traffic Controller

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  Elliotte        Brian        D
          Last            First           Middle

**HOME ADDRESS**  252 Cobblestone Lndg
          Address

          Mount Juliet        TN        37122
          City            State        Zip Code

**JOB TITLE** During Government Shutdown: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Bri Elliotte

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**   EVANGELISTA    RAYNALDO    LOSLOSO
          Last                First              Middle

**HOME ADDRESS**   3540    DONATH    AVE.
                   Address

                   LOVELAND        CO      80538
                   City            State   Zip Code

**JOB TITLE** During Government Shutdown:   Air traffic Controller

**PLAINTIFF SIGNATURE**   _Raynald L. Evangelista_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**

| Gerry | Vincent | |
|-------|---------|---|
| Last | First | Middle |

**HOME ADDRESS**  25 DECATUR LANE

Address

LAKE GROVE    NY    11755

City        State    Zip Code

**JOB TITLE** During Government Shutdown:  AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** _[signature]_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME** _GILBERT        CHERYL        Diana_
.......Last...............First................Middle

**HOME ADDRESS** _433 Albert Hart Dr_
.......Address

_BATON Rouge    LA    70808_
.......City........................State.......Zip Code

**JOB TITLE** During Government Shutdown: _Air Traffic Controller_

**PLAINTIFF SIGNATURE** _Cheryl S L_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**    HAMILTON     JAMES     P
              Last               First            Middle

**HOME ADDRESS**    1602   DELLA   LN
                      Address

                   OCEANSIDE     CA     92054
                   City               State        Zip Code

**JOB TITLE** During Government Shutdown:   AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**      Hicks-Perry    LaShana    Chanel
              Last           First      Middle

**HOME ADDRESS**  9810 Sydney Lane  Apt 36216
                  Address

                  San Diego        CA        92126
                  City             State     Zip Code

**JOB TITLE** During Government Shutdown: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** LaShana C. Hicks-Perry

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  *Kearney*   *Patrick*   *John*
          Last        First       Middle

**HOME ADDRESS**  *425 Barrington Farms Pkwy*
                  Address

                  *Sharpsburg*   *GA*   *30277*
                  City           State   Zip Code

**JOB TITLE** During Government Shutdown:  *Air Traffic Control Specialist –*
                                           *Atlanta Tracon (A80)*

**PLAINTIFF SIGNATURE**  *Patrick Kearney*

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  Kumor        Colin        Michael
Last            First            Middle

**HOME ADDRESS**  555 10th Ave. , Apt #31i
Address

New York        NY        10018
City            State        Zip Code

**JOB TITLE** During Government Shutdown: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE**

------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME** Leonowicz    Stern    James
        Last          First         Middle

**HOME ADDRESS** 35 paddle boat cve
              Address

Senoia          C-A          30276
City            State        Zip Code

**JOB TITLE** During Government Shutdown: Air traffic Control Specialist

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME** LOPEZ    AMANDA    JEWEL
Last         First         Middle

**HOME ADDRESS** 50169 BURGUNDY LANE
Address
YORBA LINDA   CA   92886
City              State      Zip Code

**JOB TITLE** During Government Shutdown: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**       Lovett         James         T
          Last              First              Middle

**HOME ADDRESS**      22 DEER FIELD RD
          Address

          PARLIN         NJ         08859
          City              State         Zip Code

**JOB TITLE** During Government Shutdown:    AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

NAME    Meseke          Philip          Justin
        Last            First           Middle

HOME ADDRESS    401 N. Necaise Ave.
                Address

        Bay St. Louis      MS    39520
        City               State  Zip Code

JOB TITLE During Government Shutdown: Air Traffic Controller

PLAINTIFF SIGNATURE

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  Ortiz                Alejandro              Jose
　　　　　Last　　　　　　　　First　　　　　　　　Middle

**HOME ADDRESS**  2975   E Fratello   St
　　　　　　　　　Address

　　　　　　　　　Meridian        ID        83642
　　　　　　　　　City　　　　　　　State　　　　Zip Code

**JOB TITLE** During Government Shutdown:   Air traffic Controller   CPC/FPL

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**      Polakos                Peter                M
_____  _____  _____
Last                          First                        Middle

**HOME ADDRESS**    214   Greenbelt  Pkwy
_____
Address

Holbrook                    NY              11741
_____
City                          State            Zip Code

**JOB TITLE** During Government Shutdown: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**      PRESLEY          ROY          FRANCIS          JR
              Last             First        Middle

**HOME ADDRESS**   17019 Camino Morcilla #14
                   Address

              San Diego          CA          92127
              City               State       Zip Code

**JOB TITLE** During Government Shutdown:    Air Traffic Controller

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**    Redmond        Michael        Benjamin
            Last            First          Middle

**HOME ADDRESS**  32436 Fern Parke Way
                  Address

                  Fernandina Beach      FL      32034
                  City                  State   Zip Code

**JOB TITLE** During Government Shutdown: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Michael B. Redmond

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  Rushnock    Dustin    Joseph
Last          First          Middle

**HOME ADDRESS**  555 Graham Ave Apt 3a
Address

Brooklyn    NY    11222
City          State    Zip Code

**JOB TITLE** During Government Shutdown:  Air Traffic Control Specialist

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  Russo                 Michael               A
         Last                  First                 Middle

**HOME ADDRESS**  35 Sweetberry Ave
                  Address

                  Center Moriches, NY  11934
                  City              State    Zip Code

**JOB TITLE** During Government Shutdown:  Air Traffic Control Specialist

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**          Thorne                    Robert                    L
                  Last                      First                     Middle

**HOME ADDRESS**  225 Barrington Grange Dr
                  Address

                  Sharpsborg          GA          30277
                  City                State       Zip Code

**JOB TITLE** During Government Shutdown:     ATCS – CPC    ATL  ATCT

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**  Watford          Patrick          M
_____    _____    _____
Last              First              Middle

**HOME ADDRESS**  7711  S. Erie  Avenue
_____
Address

Tulsa          OK      74136
_____
City            State    Zip Code

**JOB TITLE** During Government Shutdown: _Air Traffic Controller_____

**PLAINTIFF SIGNATURE** _Pat M. Watford_____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME** _White        Lee Jamison_
Last        First        Middle

**HOME ADDRESS** _1810 Lake Blalock Drive_
Address

_Florence        SC        29501_
City        State        Zip Code

**JOB TITLE** During Government Shutdown: _Air Traffic Control Specialist_

**PLAINTIFF SIGNATURE** _Lee Jamison White_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Government Shutdown)**

**NAME**      WIEDER          KIRK          JASON
              Last            First         Middle

**HOME ADDRESS**   3702  E  ARBOR  CIR
                   Address

              MESA              AZ    85206
              City              State  Zip Code

**JOB TITLE** During Government Shutdown: AIR TRAFFIC CONTROL SPEACIALIST

**PLAINTIFF SIGNATURE** _____