# In The United States Court of Federal Claims

## Cover Sheet

**19-213 C**

Plaintiff(s) or Petitioner(s)

Names: _____

Location of Plaintiff(s)/Petitioner(s) (city/state): _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____

    Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____

Street Address: _____

City-State-ZIP: _____

Telephone & Facsimile Numbers: _____

E-mail Address: _____

Is the attorney of record admitted to the Court of Federal Claims Bar?   ☐ Yes   ☐ No

_____

Nature of Suit Code: _____
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: _____

Number of Claims Involved: _____

Amount Claimed: $ _____
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____

    Is plaintiff a small business?   ☐ Yes   ☐ No

    Was this action preceded by the filing of a protest before the GAO?   ☐ Yes   ☐ No

    If yes, was a decision on the merits rendered?   ☐ Yes   ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims?   ☐ Yes   ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

# ATTACHMENT 1

1. Baca, Quentin; Lakeside, CA
2. Bailey, Lephas; Stephenson, VA
3. Ballester, Christopher; San Diego, CA
4. Beine, Kevin; Cordova, TN
5. Bell, David; Auburn, WA
6. Blam, Richard; Radcliff, KY
7. Crawford, Maximilian; Knoxville, TN
8. Crumrine, Matthew; Nutley, NJ
9. Dewey, John; Peoria, IL
10. Diamond, Jeffrey; Saint Charles, IL
11. Dobso, Michael; Peachtree City, GA
12. Droz, Jean; El Paso, TX
13. Elliotte, Brian; Mount Juliet, TN
14. Evangelista, Raynaldo; Loveland, CO
15. Gerry, Vincent; Lake Grove, NY
16. Gilbert, Cheryl; Baton Rouge, LA
17. Hamilton, James; Oceanside, CA
18. Hicks-Perry, LaShana; San Diago, CA
19. Kearney, Patrick; Sharpsburg, GA
20. Kumor, Colin; New York, NY
21. Leonowicz, Steven; McDonough, GA
22. Lopez, Amanda; Long Beach, CA
23. Lovett, James; Parlin, NJ

24. Meseke, Philip; Bay Saint Louis, MS
25. Ortiz, Alejandro; Meridian, ID
26. Polakos, Peter; Holbrook, NY
27. Presley, Roy; Sand Diego, CA
28. Redmond, Michael; Fernindina Beach, FL
29. Rushnock, Dustin; Brooklyn, NY
30. Russo, Michael; Crt Moriches, NY
31. Thorne, Robert; Sharpsburg, GA
32. Watford, Patrick; Tulsa, OK
33. White, Lee Jamison; Florence, SC
34. Wieder, Kirk; Mesa, AZ