**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Quentin Baca, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **19-213 C** |
| | ) | |
| The United States, | ) | Case No. _____ |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to RCFC 40.2, the Plaintiffs hereby provide notice of directly related cases. The directly related cases are:

*Taroviski, et al. v. United States*, Case No. 1:19-cv-000004 (Judge Campbell-Smith);

*Avalos, et al. v. United States*, Case No. 1:19-cv-00048 (Judge Campbell-Smith);

*Arnold, et al. v. United States*, Case No. 1:19-cv-00059 (Judge Campbell-Smith);

*Anello, et al. v. United States*, Case No. 1:19-cv-118 C (Judge Campbell-Smith).

Identical to the plaintiffs in those matters, the plaintiffs in the present matter are employees of the Defendant United States Government. Plaintiffs similarly bring this action on behalf of themselves and other employees similarly situated, seeking to remedy the defendant's willful and unlawful violations of federal law complained of herein.

Specifically, the plaintiffs are asserting overlapping claims under the Fair Labor Standards Act (FLSA) as the plaintiffs in those directly related matters, based on the defendant's failure, during and following the partial government shutdown, to compensate plaintiffs overtime wages owed for hours that plaintiffs worked in excess of applicable thresholds and, and based on

the defendant's failure, during the ongoing shutdown, to timely compensate plaintiffs the proper minimum wages owed.

Additionally, however, plaintiffs here are asserting other, separate violations of the FLSA for minimum wages and overtime wages unlawfully withheld for work performed before the Federal Aviation Administration's appropriated funds lapsed during the shutdown.

Assigning the case to a single Judge will conserve judicial resources and promote the efficient administration of justice.

Plaintiffs also provide notice of the following case, which involves the same defendant and same legal claims as the above-captioned matter, but in which a notice of voluntary dismissal was filed on January 9, 2019:  *Vieira v. United States*, Case No. 1:19-cv-00040-PEC.

Dated: February 6, 2019

Respectfully submitted,

/s/ *Molly A. Elkin*
Molly A. Elkin
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
Fax: (202) 452-1090
mae@wmlaborlaw.com

Counsel of Record for Plaintiffs

Gregory K. McGillivary
Sarah M. Block
John W. Stewart
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
Fax: (202) 452-1090
gkm@wmlaborlaw.com
smb@wmlaborlaw.com
jws@wmlaborlaw.com

Of Counsel for Plaintiffs